C . . . .

FILED
04/21/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0273

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0273

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RANDY S. LAEDEKE,

Defendant and Appellant.

FILED

APR 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Randy S. Laedeke petitions this Court for rehearing of a March 24, 2020 Order denying his motion for stay of execution and stay of proceedings pending the outcome of his appeal. The State of Montana has filed a response in opposition.

Laedeke asserts that this Court erred in its decision because his situation meets all three criteria for rehearing, pursuant to M. R. App. P. 20(1). Laedeke argues that this Court should "grant a supersedeas" to avoid serious injury, pursuant to a general rule of law in *Nepstad v. East Chicago Oil Assn.*, 96 Mont. 183, 29 P.2d 643 (1934). Laedeke contends that his request for a stay is warranted because he may be damaged irreparably by complying with the Yellowstone County District Court's Order "to liquidate his remaining five head of horses for pennies on the dollar of the value[,]" when this Court could reverse the court's decision on appeal.

The State maintains that Laedeke is not entitled to a stay or a rehearing. The State contends that Laedeke advances arguments now similar to those he made in his previous motion. The State argues that Laedeke does not clearly demonstrate exceptional circumstances; that he does not raise any new material facts; and that he has not shown that this Court overlooked any material fact or question. M. R. App. P. 22(1)(d), 22(1)(a)(i), and 22(1)(a)(ii).

Upon review, we agree with the State that Laedeke has not demonstrated any exceptional circumstances to warrant rehearing. M. R. App. P. 20(1)(d). We reiterate that Laedeke's request for a stay is untimely. The District entered its judgment on revocation on April 5, 2019. Laedeke waited nearly eleven months to seek a stay, filing his motion the day before another scheduled revocation hearing. The court denied his motion as untimely. Laedeke has not shown good cause for relief from that order.

IT IS THEREFORE ORDERED that Laedeke's Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Randy S. Laedeke personally.

DATED this 21st day of April, 2020.

_____
Chief Justice

_____

_____

_____
Justices

2